EILEEN M. DECKER
United States Attorney
LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division
RYAN H. WEINSTEIN (Cal. Bar No. 240405)
Assistant United States Attorney
OCDETF Section
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213) 894-8957
     Facsimile: (213) 894-0142
     E-mail:    ryan.weinstein@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-392-BRO |
|---|---|
| Plaintiff, | GOVERNMENT'S EX PARTE APPLICATION FOR LEAVE OF COURT TO DISMISS THE INDICTMENT WITHOUT PREJUDICE |
| v. | |
| PAULO LARA, | Status Conference Date:  7/25/2016 |
| Defendant. | Status Conference Time:  9:00 a.m. |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, plaintiff United States of America, by and through its counsel of record, the United States Attorney for the Central District of California and Assistant United States Attorney Ryan H. Weinstein, hereby seeks leave of Court to dismiss the indictment in the above-captioned matter without prejudice.

Dated: July 22, 2016

Respectfully submitted,

EILEEN M. DECKER
United States Attorney

LAWRENCE S. MIDDLETON
Assistant United States Attorney
Chief, Criminal Division

         /s/
RYAN H. WEINSTEIN
Assistant United States Attorney

Attorneys for Plaintiff
UNITED STATES OF AMERICA