FILED
CLERK, U.S. DISTRICT COURT

7/22/2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CR 13-392-BRO |
|---|---|
| Plaintiff, | ORDER DISMISSING INDICTMENT WITHOUT PREJUDICE |
| v. | |
| PAULO LARA, | |
| Defendant. | |

Pursuant to Fed. R. Crim. P. 48(a) and the Government's Ex Parte Application for Leave of Court to Dismiss the Indictment, filed July 22, 2016, the indictment in the above-captioned case is hereby DISMISSED WITHOUT PREJUDICE.  Bond, if any, is hereby exonerated.

IT IS SO ORDERED.

July 22, 2016
DATE

HONORABLE BEVERLY REID O'CONNELL
UNITED STATES DISTRICT JUDGE